1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

DEWEY MITCHELL,

1:14-cv-00317-SKO (PC)

12

Plaintiff,

13

v.

ORDER TO SUBMIT APPLICATION
TO PROCEED IN FORMA PAUPERIS
OR PAY FILING FEE WITHIN 45 DAYS

14

LVN GALEY, et al.,

15

Defendants.

16
17

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

18

§ 1983. Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in

19

forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

20

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

21

attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

22

the $400.00 filing fee for this action. **No requests for extension will be granted without a**

23

**showing of good cause**. **Failure to comply with this order will result in dismissal of this**

24

**action.**

IT IS SO ORDERED.

25
26

Dated:   __March 11, 2014__                      _____ /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE

27
28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28