# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWEY MITCHELL,<br><br>   Plaintiff,<br><br>   v.<br><br>LVN GALEY, et al.,<br><br>   Defendants.<br>_____/ | Case No. 1:14-cv-00317-LJO-SKO (PC)<br><br>ORDER ADDRESSING NOTICE<br><br>(Doc. 16) |

   Plaintiff Dewey Mitchell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 6, 2014. On August 24, 2015, Plaintiff filed a notice regarding his inability to prosecute this action and, more specifically, to obtain the defendants' addresses.

   The Court lacks jurisdiction over prison mailroom staff at Mule Creek State Prison, *see Summers v. Earth Island Institute*, 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009); *Mayfield v. United States*, 599 F.3d 964, 969 (9th Cir. 2010), but regardless, Plaintiff is not entitled to seek the defendants' addresses at this stage; the defendants have not been served and discovery is not open. (Doc. 2, §§ III(B), IV(A), V(A).) Moreover the Court has recommended that this action be dismissed, with prejudice, for failure to state any claims upon which relief may be granted. 28 U.S.C. § 1915A.

///

///

Accordingly, Plaintiff's notice regarding his inability to prosecute this action has been considered and addressed.

IT IS SO ORDERED.

Dated:   **September 10, 2015**                    **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE