# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWEY MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>GALEY, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:14-cv-00317-LJO-SKO (PC)<br><br>ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT<br><br>(Doc. 24) |

On October 27, 2015, this civil rights action was dismissed, with prejudice, for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(ii); 1915A. On November 9, 2015, Plaintiff Dewey Mitchell, a state prisoner proceeding pro se, filed a notice of appeal and a motion seeking leave to proceed in forma pauperis on appeal.

Plaintiff was proceeding in forma pauperis in this court and therefore, his motion for leave to proceed in forma pauperis on appeal is HEREBY ORDERED DENIED as moot. Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

    Dated:   **January 6, 2016**           **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE